## ACCEPTANCE OF SERVICE

I accept service of the

Complaint
_____

on behalf of

The Reading Hospital and Medical Center, The Highlands at Wyomissing, Tracey Aungst and Cherie Terrey
_____

and certify that I am authorized to do so.

April 30, 2013
_____
Date

*/s/ Vincent Candiello*
_____
Signature of Defendant, or Authorized Agent

Vincent Candiello, Esquire
_____
Printed Name

Post & Schell, P.C.
17 N. 2nd Street, 12th Floor, Harrisburg, PA  17101
_____
(717) 612-6024 tel
(717) 731-1964 fax        vcandiello@postschell.com
_____
Address, e-mail address, telephone and fax number